WOOD HARMON WARRANTY CORPORATION, Respondent, *v.* PLANDOME CONSTRUCTION COMPANY et al., Defendants, and BARNET W. ROD COMPANY et al., Appellants.

*Wood Harmon Warranty Corpn.* v. *Plandome Construction Co.*, 173 App. Div. 985, affirmed.

(Submitted January 16, 1919; decided February 4, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property. The defendants, appellants, in their answer alleged that they had entered into a contract with the mortgagor to install plumbing fixtures in the building, by the terms of which contract title to said fixtures was to remain in said contractors until fully paid for; that at the time of the commencement of this action part of the fixtures installed pursuant to said contract had not been paid for and prayed that it be decreed that the plaintiff has no right, title or interest whatsoever in the plumbing fixtures installed in the premises described in the complaint by reason of the mortgage held by it and that title to said plumbing fixtures was vested and remained in the defendants, appellants.

*Jacob R. Schiff* for appellants.

44

*Albert A. Hovell, Harry W. McChesney* and *Isaac Roth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.